IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHEAS AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>HEALY SPRING COMPANY<br>a Minnesota corporation<br><br>Defendant. | Case No. 08 CV 2515<br><br>Judge Andersen<br><br>Magistrate Judge Cole |

## NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Defendant, Healy Spring Company, in accordance with Fed. R. Civ. P. 7.1 and the Northern District of Illinois, Eastern Division LR 3.2, discloses to this Court, by and through its attorneys, James B. Sherman and Sean F. Darke, states that it is not affiliated with any other corporation and is it not owned by a parent corporation. Defendant further states that no entity owns more than 5% of the corporation.

Respectfully Submitted,

**HEALY SPRING COMPANY**

By:  s/ James B. Sherman
         James B. Sherman

James B. Sherman
Wessels Pautsch & Sherman P.C.
1550 Utica Avenue South, Suite 450
Minneapolis, MN 55416
(952) 746-1700 (Telephone)

Sean F. Darke
Wessels Pautsch & Sherman P.C.
33 W. Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 629-9300 (Telephone)

**ATTORNEYS FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHEAS AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 08 CV 2515 |
| v. | ) ) ) | Judge Andersen |
| HEALY SPRING COMPANY a Minnesota corporation | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of June 2008, he served a true and correct copy of **NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing upon the following individual(s):

> Rebecca K. McMahon
> Central States Law Department
> 9377 West Higgins Road
> Rosemont, Illinois 60018-4938

> s/ James B. Sherman
> James B. Sherman