UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02515
　　　　　　　　　　　　　　　　　　　Honorable Wayne R. Andersen

Healy Spring Company

　　　　　　　　　　　　　　　　　　　Defendant.


### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

　　　Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.


Dated: June 23, 2008

　　　　　　　　　　　　　　　　　　　/s/ Wayne R. Andersen
　　　　　　　　　　　　　　　　　　　United States District Judge