IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>HEALY SPRING COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No.: 08 CV 2515<br><br>Judge: Andersen<br><br>Magistrate Judge Cole |

## INITIAL JOINT STATUS REPORT

The parties to the above-captioned lawsuit submit to the Court the following Joint Status Report.

**1.   Referral Order**

Please find a copy of the Referral Order attached to this filing.

**2.   Summary of Claims Asserted**

Plaintiffs brought this action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, et seq., as amended by the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA"), Section 306 (Public Law 96-364, Section 515 of ERISA), to recover withdrawal liability payments they allege to be owed to the Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") by the Defendant. No counterclaims or third party complaints have been filed. The Defendant filed an Answer to the Complaint on June 3, 2008.

**3.   Statement of Relief Sought**

Pursuant to sections 502(g)(2) and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2) and 1451(b), Plaintiffs seek the outstanding withdrawal liability, interest, liquidated

damages, and attorneys' fees and costs. Plaintiffs claim that the outstanding amount owed by Defendant is withdrawal liability in the amount of $197,506.93, interest in the amount of $5,946.37 (calculated through June 30, 2008), liquidated damages in the amount of $39,501.39, and attorneys' fees and costs in the amount of $1,137.50.

4.  **Legal Memorandum**

    No legal memorandum has been submitted to the Court, and the parties do not anticipate submitting any legal memorandum due to the ongoing settlement negotiations.

5.  **Jurisdiction of Magistrate Judge**

    The parties do not consent to the jurisdiction of the magistrate judge at this time.

6.  **Settlement Discussions**

    Defendant has indicated that it is interested in settlement of the claims and is in the process of putting together a settlement offer to present to the Plaintiffs.


June 25, 2008            s/ Rebecca K. McMahon
Date                     Rebecca K. McMahon
                         One of the attorneys for Plaintiffs, Central States,
                         Southeast and Southwest Areas Pension Fund
                         9377 West Higgins Road
                         Rosemont, Illinois 60018-4938
                         847/518-9800, Ext. 3481

June 25, 2008            s/ Sean F. Drake
Date                     Sean F. Drake
                         One of the attorneys for Healy Spring Company
                         Wessels Pautsch & Sherman P.C.
                         33 W. Monroe Street, Suite 1120
                         Chicago, Illinois 60603
                         312/629-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHEAS AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, <br><br> Plaintiffs, <br><br> v. <br><br> HEALY SPRING COMPANY a Minnesota corporation <br><br> Defendant. | Case No. 08 CV 2515 <br><br> Judge Andersen <br><br> Magistrate Judge Cole |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of June 2008, he served a true and correct copy of **INITIAL JOINT STATUS REPORT** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing upon the following individual(s):

>Rebecca K. McMahon
>Central States Law Department
>9377 West Higgins Road
>Rosemont, Illinois 60018-4938

>s/ Sean F. Darke
>Sean F. Darke