## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2515 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund et al v. Healy Spring Company | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/30/08 at 8:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|